Taken under advisement and we move to the fourth case this morning, Asawish v. United States. May it please the Court, Farini Yisrael for Petitioner Mhammad Abu-Shawish. This appeal involves the denial of a certificate of innocence under 28 U.S.C. Section 2513 for a federal program fraud conviction that this Court vacated in 2007, but for which my client has served the full sentence. The District Court denied his petition and this Court should vacate that denial because the District Court abused its discretion by failing to give the petitioner the special judicial solicitude afforded to pro se litigants. On remand. Do you think that Mr. Abu-Shawish can be faulted for not asking Judge Stapmiller for leave to file a more detailed petition once his first petition was deemed to be inadequate? No, I don't think that he can be faulted for that. As a pro se petitioner, he was not aware that this was an option. If I recall correctly, he filed a petition, which was not detailed, but sort of like a short, plain statement of grounds for relief, and nothing happened for a year. The government didn't respond. Mr. Abu-Shawish asked the Court to do something about it and then got a decision saying no. That is correct. Denied. That's correct. You're done. And that's an appealable order. Yes, under bets. Sure. On remand, the District Court should at least allow Mr. Abu-Shawish the opportunity to replete his petition to make his case. Below, in lieu of either an independent review of the record or of requesting a more substantive petition, the District Court's analysis started and ended with this Court's 2007 opinion. This is significant because the government actually had a second chance to show that Mr. Abu-Shawish had, for the same act, committed an offense against the United States or any of its states or territories, as considered by this petition. After charging Mr. Abu-Shawish with mail fraud, the jury acquitted him. And this is significant because despite this Court's finding that the evidence in the first trial was sufficient to show fraud, quote, without question, the jury came to the exact opposite conclusion. This suggests that what the District Court did not consider, that it was possible to show and that, in fact, Mr. Abu-Shawish is actually innocent. The lower court's statement that acquittal is not sufficient to show actual innocence is not a substitute for the entirely collateral inquiry into innocence that this Court requires, nor does it resolve the apparent conflict. Let me ask you this. Mr. Abu-Shawish blames his underling for the appropriation of someone else's work. Now, was that a defense that was presented at both trials or just the second one? It was presented at both trials, but not to the same extent in the first one. So, on remand, an amended petition would show that he lacked the specific intent to commit fraud, and that's notable because no other actions could be constituted as an offense. For example, taking a salary that the government had approved, or novice accounting, or even going under the wing of the alderman of Milwaukee, who had guided him through this grant program, who had suggested which staff members he choose, and who told him to apply for this petition. Notably, that's the same alderman who instructed his underling, Angela, who you mentioned, to submit the report that the alderman had from an outside consultant to Mr. Abu-Shawish. But just because that report came from an outside consultant did not mean that Milwaukee did not receive what it paid for, and it did not mean that, as the indictment contends, it was an unrelated individual. In fact, that report contained work that Mr. Abu-Shawish and his staff for this program collected. They collected research about pedestrian counts, they spoke to businesses, they collected trash in the neighborhood, and went on walks with the police, all in an effort to revitalize this neighborhood of Milwaukee. And that was not a crime, and that was not an offense. Ms. Yesrell, should we basically try to just adopt, in your view, the approach that this should just be treated as a new civil case, where the former criminal defendant now has the burden of proof, by preponderance of the evidence, in a bench trial? That's correct. Full civil procedures available? I believe it should be, but I don't know if that's quite necessary. Can I ask what you're thinking of in particular? These seem to be pretty rare cases, and I'm trying to think what kind of guidance we might offer to district judges, however we decide this particular case. If you get one of these petitions, what are you supposed to do with it? This has all been handled just formally within the old criminal docket from the original prosecution, yet our prior opinions dealing with these rare cases seem to say this is really civil, burden of proof is on the petitioner, etc. That's correct. Is there such a thing as a certificate of innocence? I'm not sure that I've ever seen one. I haven't either. But in theory it exists. I understand what it is, but theoretically... And in Betz, Betz was entitled to one in that case. That's right. Given the... Certificate of innocence under 28 U.S.C. 2513, you know, I take it, bottom line, you want the case remanded with directions to permit him or her to remain in custody. You want him to file an amended petition for a certificate of innocence, and if he makes a preliminary showing of innocence in that petition, then the district court has to convene a hearing, right? We're not requiring a hearing, but yes, we are asking for a remand and reconsideration with an amended petition. An evidentiary hearing, of course, might be helpful because the first trial was more than a decade ago. The second trial was about a decade ago. And so where the first judge had only seen the first trial, and the judge that presided over the second trial has unfortunately passed away while this petition was pending, it would be useful to hear all of the corroborating evidence to Mr. Abushawishi's testimony, which the district court seemed to disregard. What do we make of the fact that the first jury... We know that one element, ultimately, for the particular charge was missing. What do we make of the fact that that jury seemed to find fraudulent intent beyond a reasonable doubt? Well, we're not sure what that jury found, but they did convict him. And so it's interesting because first, as this court found, he was not a federal program employee, and so he couldn't have done it. But there was something in the second case that wasn't in the first case, namely the alderman's involvement. No, but... The other thing that happened... Please, let's go back. What were the elements that the first jury was instructed to find, to decide? I'm sorry, I don't have that in front of me. Okay. I see that I'm in my rebuttal time. If there are no other questions, I'd like to reserve it. That's fine. Thank you, counsel. Is she going? Good morning. May it please the court. My name is Jonathan Koenig. I appear on behalf of the United States. Respectfully, it seems to me that Mr. Abu-Shawish is attempting to do in this appeal what he ought to have done in the district court, which is establish his actual innocence. He had ample opportunity to do this. How? He had nearly a decade, in fact, between the time he was released from prison and the time his conviction in the program fraud case was reversed and the time he filed his petition. You're not saying his petition is time-barred, are you? Your Honor, my understanding is that the civil division of the Justice Department, which handles claims under 1495, takes the position that a cause of action under that statute does not accrue until you have a certificate of innocence. Therefore, the statute starts running. What is a certificate of innocence? I mean, is it an actual? Your Honor, I'm not sure. It's something you can hang on your wall or what. But it's certainly a prerequisite. Certainly referred to enough. A prerequisite. Illinois has them, right? But my point is just that he had ample opportunity to get it right, not just in the decade leading up to his petition, but in the year that it was pending before the court. Where does he find the instruction that he failed to comply with? I mean, Judge Statmuller seems to have imposed a standard of full submission of evidence as opposed to a kind of civil pleading standard. So where is the guidance that Mr. Abu-Shawish failed to comply with? Your Honor, I'll concede that there isn't much. As you noted earlier, these cases are unusual. It seems to me, though, that if you're going to march into court and say, I want an evidentiary hearing on a case that's 10 years old, you need to do a lot more than was done in his petition. Based on what? You might advise a client to approach it that way, and that might be a good idea. That might have addressed what Judge Statmuller was concerned about here. But as a rule that would bar you from pursuing your claim, where do you find that? I can't point to anything, Your Honor, other than general principles of civil litigation. And if we're going to use that, don't we start with Rule 8 and a short, plain statement of the grounds for relief? Yes. And provide the evidence later, right? Well, perhaps, under a fairly generous view of Rule 8, this would suffice. This doesn't need a generous view of Rule 8. Well, there was nothing that followed. There was no supplemental memorandum. You never responded, did you? There was no affidavit. Did the government respond? No, Your Honor. So you're defending a decision that came without you all having to do anything, right? That's correct. Okay. And I think what your question's come down to is there wasn't a lot of judicial management here, and maybe that's a problem. Mr. Paynick. Yes, Your Honor. Mr. Paynick, his petition was pro se. Beyond summarizing his procedural victories, it does at least assert his innocence. I mean, given his pro se status, it seems to me that the district court was at a minimum obliged to construe his pleadings liberally, give him the opportunity to refile the petition, and make a preliminary showing of innocence that would warrant an evidentiary hearing. And, of course, a transcript of the second trial wasn't prepared until after the district court dismissed his petition. So neither of them had the benefit of the transcript, neither he nor the court. And the district court expressly rejected the notion that it should undertake a complete review of the record. But I think that the lack of the transcript tends to show why it was error for the court not to give him the benefit of the doubt, give him a chance to replead. Well, Your Honor, perhaps that's correct. I'm glad to hear at least that your questions reflect an understanding that if this does get remanded, there should be a reset to the very beginning and some sort of showing by Mr. Abu-Shawish that an evidentiary hearing is necessary. And it seems to me, you know, if it comes back, there's a part of me that would relish the opportunity to either cross-examine Mr. Abu-Shawish or ask the court to draw a negative inference from his failure to testify, which we could do in a civil proceeding. But, you know, district judges are busy people, prosecutors are busy people, and I don't think it was unreasonable or an abuse of discretion for Judge Stattmiller, in a very careful nine-page decision, to assess this. He accurately described it as a threadbare petition and say, you know, you haven't done enough. And, well, without rehashing the points that I raised earlier, Mr. Koenig, could I ask you to address the question I asked Petitioner's Counsel about, in essence, what was necessarily decided by the jury in the first trial? Like my opponent, I don't have the jury instructions in front of me, but I think you're on to something with your question, which is that both the jury in the first case and this court reviewing the conviction had no problem with fraudulent intent. The reviewing court had difficulty with a different element of the crime, which was agency. And so he really, Mr. Abushawish, is swimming upstream when he argues that he didn't have fraudulent intent. And our position is just that, you know, how can we possibly say Judge Stattmiller abused his discretion in light of that jury finding and this court's statements, not once but twice, that without question this was fraudulent conduct? That, however, was not quite the rationale. The rationale that Judge Stattmiller relied upon here seemed more like an Iqbal Twombly pleading kind of problem with a rule that doesn't seem to exist, or at least hasn't been spelled out. Well, I've said more or less everything that I wish to in defense of the judge's ruling, but I'm happy to answer any additional questions that you may have. Is 28 to 2513 the gist of this whole action? Yes, it is, Your Honor. It's a prerequisite to civil suit. Well, it has a lot of requirements here and things that you can't, because I'm not looking at it. Proof of the requisite fact shall be by a certificate out of the court or pardon were in such facts alleged to appear, and other evidence thereof shall not be received, for example. Is that? Yes. And honestly, I don't know exactly, you know, once you obtain a certificate from the court of conviction, how much more you have to do in the court of claims. I'm just not familiar with that. The answer is not much. I think it would be damages. The real action is in the original court of conviction. But if I could go back and just explore with you for a moment, Mr. Kony, I don't see how, though, at least more broadly speaking, we could treat the original verdict as conclusive on things, simply because at least as I see the way this law works, a petitioner is entitled to put on new evidence. Let's imagine, you know, we've got DNA evidence, for example, in a violent crime, and you've got new forensic evidence that clears the defendant. Or a key witness for cancer testimony. Well, those are our next two cases. Sure. But in those sorts of situations, well, I don't know. Anyway, I'm just wrestling with myself about how conclusive the original verdict might be. Well, there's certainly no indication in the appellate briefing that there's anything like that in this case. It's more a situation where Mr. Abu-Shawish disagrees that he engaged in fraud. And I would submit that the jury and this court have already spoken to that issue. Well, this court said the evidence was sufficient. That's different from saying it's beyond dispute. So in this case, I hear from one side that the acquittal ought to be deemed conclusive and the other that the first conviction ought to be deemed conclusive. I don't think either one is true here. But maybe that will need to be explored further. We'll see. I see that I'm running out of time. If there are any further questions, I'm happy to answer them. Thank you, Counsel. Thank you. Ms. Yurza. Thank you. Your Honor, to respond to that recent point, Mr. Abu-Shawish does not contend that acquittal is sufficient for the certificate itself, merely that the petition should actually and fairly be considered, which it was not in this case. We're asking for a limited remand to reconsider in light of an amended petition that more fully sets out the facts and evidence that Mr. Abu-Shawish was not aware he needed to do. Are there any other questions? Not unless you can tell me where certificate is. Does the government printing office prepare them or is it just so? We'll give 10 days to draw one. Thank you. Thank you, Counsel. Thank you for taking the case, and thank you, Ms. Yurza.